# EXHIBIT 3

# (CONDITIONALLY FILED UNDER SEAL)